**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSHUA I. PAYNE,** | : | **No. 1:22cv2063** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **C.O. STANBAUGH,** | : | |
| **Defendant** | : | |

**ORDER**

**AND NOW**, to wit, this 29th day of September 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff's objection, (Doc. 55), is **OVERRULED**.
2) The report and recommendation, (Doc. 54), is **ADOPTED** as modified.
3) Defendant's motion for summary judgment, (Doc. 43), is **GRANTED**.
4) Plaintiff's federal claim against defendant in his official capacity and plaintiff's state law claim are dismissed without prejudice.
5) Plaintiff's federal claim against defendant in his individual capacity is dismissed with prejudice.
6) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**